ROBERT W. WALDRON *vs.* OTIS B. PATTERSON and others.

Waldo.   Opinion June 4, 1880.

*R. S., c. 113, § 15.   Bond.*

A bond given in accordance with R. S., c. 113, § 15, to procure a discharge from arrest of a defendant in an action of tort, is obligatory as a statute bond.

The case of *Richards* v. *Morse*, 36 Maine, 240, is re-affirmed.

ON AGREED STATEMENT OF FACTS.

An action of debt on a fifteen days' bond, given January 29, 1879, to relieve the defendant from arrest on a writ in an action of trespass for assault and battery, in which action judgment was subsequently rendered for plaintiff for seventy-five dollars damages and costs of court.   The conditions of the bond were not performed.

If the action can be maintained, default is to be entered and damages assessed by the clerk.   Otherwise nonsuit is to be entered.

*Thompson & Dunton*, for the plaintiff.

*N. H. Hubbard*, for the defendants.

APPLETON, C. J.   This is an action of debt on a bond, given under the provisions of R. S., 1871, c. 113, § 15, by the defendant Patterson, to procure his release from imprisonment on an arrest at the suit of the plaintiff for an assault and battery.

It was held under R. S., 1841, c. 148, § 17, that in an action of tort, a bond given in accordance with the requirements of that section, was obligatory on the signers as a statute bond.   *Richards* v. *Morse*, 36 Maine, 241.

The provisions of R. S., 1841, c. 148, § 17, are found substantially re-enacted in R. S. 1871, c. 113, § 15, with only slight changes, by way of condensation, and not affecting its construction.

The provisions of R. S., 1841, c. 148, §§ 1 and 9, are found re-enacted in R. S., 1871, c, 113, § 1.

The result of an examination of the statutes is that the decision in *Richards* v. *Morse*, 36 Maine, 241, is applicable to the statutes now in force and is binding upon the court.

> *Defendants defaulted. Damages to be assessed by the clerk,—by agreement of parties.*

WALTON, BARROWS, DANFORTH, PETERS, LIBBEY and SYMONDS, JJ., concurred.